IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR-23-07-GF-BMM |
|---|---|
| Plaintiff, | SECOND |
| vs. | AMENDED ORDER |
| TERRANCE TRAVIS AIMSBACK, | |
| Defendant. | |

The Defendant having plead GUILTY to Count II of the Indictment and TRUE to the Forfeiture Allegation at a Change of Plea Hearing held on March 14, 2023.

1. Sentencing is reset for **July 12, 2023 at 10:00 a.m.** at the Missouri River Federal Courthouse, Great Falls, Montana.

2. The pre-sentence report, in final form, shall be delivered to the Court and the parties ON OR BEFORE July 10, 2023.

3. If the objections made pursuant to ¶ 5 are not resolved and counsel wishes the Court to address them, the objecting party shall submit all unresolved objections and a sentencing memorandum to the Court ON OR BEFORE **July 11, 2023.** The Court will resolve disputes in accordance with § 6A1.3 of the guidelines at the sentencing hearing.

4. If either party intends to have witnesses testify at sentencing, the party must notify the Court and the opposing party, by filing a separate notification document, ON OR BEFORE **July 11, 2023** of the identity of the witness and the scope and purpose of the intended testimony. The requirement that the opposing party be notified of any intended testimony applies regardless of the language of Rule 17(b) contemplating ex parte application for witness subpoenas.

5. Without leave of Court, the defendant may file no more than ten (10) letters of support. Defendants wishing to file more than ten (10) letters must first seek leave of Court explaining why a greater number is necessary.

6. Any responses to sentencing memoranda shall be filed ON OR BEFORE **July 11, 2023.**

DATED this 5th day of July, 2023.

_____
Brian Morris, Chief District Judge
United States District Court